**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAZIA DANIELS,<br>ELWAZIR,<br>JANICE J. JOHNSON,<br>ASHLEY WILLIAMS and<br>LALLA MERYEM AMRANI,**<br>            Plaintiffs,<br><br>v.<br><br>**CITY OF PHILADELPHIA (REGISTER OF WILLS) and JOHN P. SABATINA,**<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-4718 |
| **IAN EWING,**<br>            Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA and JOHN SABATINA,**<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-5501 |
| **MARK HARRELL,**<br>            Plaintiff,<br><br>v.<br><br>**JOHN P. SABATINA and CITY OF PHILADELPHIA,**<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-5821 |
| **STEPHANIE GRAHAM,**<br>            Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO.  24-6086 |
| **GERALD ASHLEY,**<br>            Plaintiff,<br><br>v. | CIVIL ACTION |

| | |
|---|---|
| **CITY OF PHILADELPHIA and JOHN P. SABATINA,**<br>　　　　Defendants. | NO. 24-6797 |
| **SAMIRHA BILAL,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**CITY OF PHILADELPHIA (REGISTER OF WILLS), and JOHN P. SABATINA (REGISTER OF WILLS),**<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 25-16 |

## O R D E R

**AND NOW**, this 5th day of March, 2025, the above referenced cases having been consolidated for purposes of discovery only, **IT IS ORDERED** that the Orders for Rule 16 Conference dated February 28, 2025, in Civil Action Nos. 24-5501 (ECF 17), 24-5821 (ECF 17), 24-6787 (ECF 11), 25-16 (ECF 9) are **VACATED**.

**IT IS FURTHER ORDERED** that a consolidated Fed. R. Civ. P. 16 conference shall be held by videoconference on April 16, 2025 at 10:00 a.m. Counsel for the parties shall participate using information which will be provided by Chambers.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within fourteen (14) days of the date of this Order;

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference; and

3. After consultation with counsel for all parties, counsel shall complete the required Report of Rule 26(f) Meeting and file the same with the Clerk of Court at least seven (7) days

prior to the Rule 16 conference. Counsel shall incorporate all the information described in Judge Hodge's form Report, which can be found at [paed.uscourts.gov](paed.uscourts.gov).

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
    **HODGE, KELLEY B., J.**
